**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

| | | |
|---|---|---|
| **EDGAR T. COOK, III,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Civil Action No.:**   5:15-CV-394-MTT |
| | ) | |
| **L. E. SCHWARTZ & SON, INC.,** | ) | *Superior Court of Bibb County* |
| | ) | *Case No. 15-CV-63411* |
| **Defendant.** | ) | |
| | ) | |

**NOTICE OF REMOVAL**

TO:   The Honorable Judges of the United States District Court for the Middle District
of Georgia

PLEASE TAKE NOTICE that, pursuant to 28 U.S.C. §§ 1441 and 1446, Defendant L. E.

Schwartz & Son, Inc. (hereinafter "L. E. Schwartz") hereby files notice that the civil action

pending in the Superior Court of Bibb County, State of Georgia, identified as Edgar T. Cook, III,

Plaintiff v. L. E. Schwartz & Son, Inc., Defendant, Civil Action File No. 2015CV063411, is

removed to this Court.  As grounds for removal, L.E. Schwartz shows the following:

1.      Pursuant to 28 U.S.C. § 1446(a), copies of all documents, including all process, pleadings

and orders served on Defendant L.E. Schwartz are attached to Defendant's Submission of State

Court Documents, which is filed as Attachment A hereto and incorporated herein by reference.

2.      L. E. Schwartz sponsors, and is the Plan Administrator of L. E. Schwartz's employee

health care plan (hereinafter the "Plan"), which is a fully-insured "employee welfare benefit

plan" within the meaning of 29 U.S.C. § 1002(1).

3.      Plaintiff alleges in his Complaint that he was promised health care benefits for himself

and his eligible family members through the Plan for the first ten years of his retirement.  The

1

Complaint purports to assert causes of action for breach of contract (*i.e.*, the terms of the agreement to provide health care coverage under the Plan), specific performance, and expenses of litigation, and seeks to recover, among other things, amounts allegedly due for "the value of the benefits [Plaintiff] was entitled pursuant to the agreement" and a resumption of Plaintiff's health care coverage under the Plan.

4.     All of Plaintiff's claims in this action are subject to "super preemption" under the Employee Retirement Income Security Act of 1974, as amended, 29 U.S.C. §§ 1001, *et seq.* (hereinafter "ERISA"), because Plaintiff's claims invoke one of ERISA's civil enforcement provisions, relate to an employee welfare benefit plan, and seek benefits allegedly payable under such plan.   29 U.S.C. § 1144; *Pilot Life Ins. Co. v. Dedeaux*, 481 U.S. 41, 48 (1987); *Metropolitan Life Ins. Co. v. Taylor*, 481 U.S. 58, 67 (1987); *Butero v. Royal Maccabees Life Ins. Co.*, 174 F.3d 1207, 1211-13 (11th Cir. 1999) (claims under state law for payment of benefits under an ERISA plan are converted to federal claims through ERISA "superpreemption").

5.     This Court has original jurisdiction over the claims asserted in Plaintiff's Complaint pursuant to 28 U.S.C. § 1331 and 29 U.S.C. § 1132(f).   If there are any claims in this action which are not subject to the Court's jurisdiction under those statutes, which L. E. Schwartz denies, the Court has jurisdiction over all such claims under 28 U.S.C. § 1367.

6.     This action is properly removable to this Court pursuant to 28 U.S.C. § 1441(b) because the state law claims alleged involve exclusive federal remedies available to participants and beneficiaries under ERISA plans pursuant to 29 U.S.C. § 1132(a).

7.     A true copy of this notice of removal is today being served upon all parties and will be filed promptly with the Clerk of Superior Court of Bibb County, State of Georgia, as required by

28 U.S.C. 1446(d). A copy of said Notice of Filing of Notice of Removal is attached hereto as Attachment B (without duplicative attachments).

WHEREFORE, this case is hereby removed from the Superior Court of Bibb County to the United States District Court for the Middle District of Georgia, Macon Division.

Respectfully submitted this 15th day of October, 2015.

s/ W. Jonathan Martin, II
W. JONATHAN MARTIN II
Georgia Bar No. 474590
JOHN L. WELTIN
Georgia Bar No. 264352

CONSTANGY, BROOKS, SMITH
& PROPHETE, LLP
577 Mulberry Street, Suite 710
P.O. Box 1975
Macon, GA  31202-1975
(478) 750-8600
(478) 750-8686 (facsimile)
jweltin@constangy.com
jmartin@constangy.com

R. CARL CANNON
Georgia Bar No. 108000

CONSTANGY, BROOKS, SMITH
& PROPHETE, LLP
230 Peachtree St., N.W.
Suite 2400
Atlanta, GA 30303
(404) 525-8622
ccannon@constangy.com

## CERTIFICATE OF SERVICE

I hereby certify that on this date, I electronically filed the foregoing NOTICE OF

REMOVAL with the Clerk of Court using the CM/ECF system which will automatically send

email notification of such filing to the following attorneys of record:

Matt Roessing
The Roessing Firm, LLC
PO Box 1309
Milledgeville, GA 31059

Dated this 15th day of October, 2015.

s/ W. Jonathan Martin, II
W. JONATHAN MARTIN II
Georgia Bar No. 474590

CONSTANGY, BROOKS, SMITH
& PROPHETE, LLP
577 Mulberry Street, Suite 710
P.O. Box 1975
Macon, GA  31202-1975
(478) 750-8600
(478) 750-8686 (facsimile)

4